IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES E. PENN,              :
                              :
    Plaintiff,                :
                              :
vs.                           :
                              :    CIVIL ACTION 13-0082-M
CAROLYN W. COLVIN,            :
Commission of Social Security,:
                              :
    Defendant.                :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Charles E. Penn and against Defendant Carolyn W. Colvin.

DONE this 19th day of November, 2013.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE