IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES E. PENN,                      :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :       CIVIL ACTION 13-0082-M
                                      :
CAROLYN W. COLVIN,                    :
Commission of Social Security,        :
                                      :
    Defendant.                        :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Charles E. Penn and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $3,807.46.

DONE this 14th day of February, 2014.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE